1  GALTON & HELM LLP
   DANIEL W. MAGUIRE, State Bar No. 120002
2      dmaguire@galtonhelm.com
   500 South Grand Avenue, Suite 1200
3  Los Angeles, California 90071-2624
   Telephone: (213) 629-8800
4  Facsimile: (213) 629-0037

5  Attorneys for Plaintiff Sun Life Assurance Company of Canada

8              UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINE L. KIMBLE, an individual, DEBBIE J. DURBIN, an individual, TIM COOP, an individual, and DOES 1 through 5,<br><br>Defendants. | CASE NO. 06-CV-02041-LKK-EFB<br><br>**REQUEST FOR 60-DAY CONTINUANCE OF STATUS CONFERENCE;  ORDER**<br><br>Date:   December 4, 2006<br>Time:   3:00 p.m.<br>Ctrm:   4 |

20     Plaintiff Sun Life Assurance Company of Canada ("Sun Life") submits that
21 good cause exists for a 60-day continuance of the Status (Pre-Trial Scheduling)
22 Conference in this matter for the following reasons.

24     This interpleader action involves a limited benefit amount (less than $25,000).
25 A short continuance of the Status (Pre-Trial Scheduling) Conference is appropriate
26 to preserve these resources for the benefit of the named Defendants, who are the
27 potential policy beneficiaries of the insurance proceeds at issue.
28 / / /

5647 / 102904.1

Case No. 06-CV-02041-LKK-EFB
REQUEST FOR 60-DAY CONTINUANCE OF
STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

The Complaint was filed on September 13, 2006.  Service on all three named Defendants was effectuated under Rule 4, Federal Rules of Civil Procedure, by Waiver of Service of Summons less than a week later on September 19, 2006.  Answers to the Complaint are therefore due 60 days from that date, November 19, 2006.  Certain or all of the Defendants may appear in propria persona.  That will not be known until the Answers are filed.

Under applicable law, Sun Life is entitled to recovery of its attorneys' fees and costs.  See, e.g., Gelfgren v. Republic National Life Ins. Co., 680 F.2d 79, 81 (9th Cir. 1982); Prudential Ins. Co. v. Boyd, 781 F.2d 1494 (11th Cir. 1986).  Because the action will probably involve at least one litigant appearing in pro per, Plaintiff's counsel (with offices in Southern California) would be required by the Court's scheduling order to appear in person (Order at Paragraph 7(a)).

In the opinion of Plaintiff's counsel, the most economical way to manage this case is through a stipulation and order for dismissal of Plaintiff, as the funds have already been deposited.  As soon as the Defendants appear, Plaintiff's counsel will solicit such a stipulation.

A 60-day continuance will allow all Defendants to appear, and hopefully allow the dismissal of Plaintiff, without incurring additional costs and fees to the detriment of the Defendants/beneficiaries.

/ / /

/ / /

/ / /

/ / /

/ / /

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

PDF created with pdfFactory trial version www.pdffactory.com

Based on the above, Plaintiff Sun Life respectfully requests that the Court continue the Status (Pre-Trial Scheduling) Conference for 60 days, at a date convenient for the Court.

DATED: November 6, 2006

Respectfully submitted,

GALTON & HELM LLP
DANIEL W. MAGUIRE


By: */s/ Daniel W. Maguire*
      DANIEL W. MAGUIRE
Attorneys for Plaintiff Sun Life Assurance Company of Canada


# **O R D E R**

IT IS HEREBY ORDERED that the Status (Pre-Trial Scheduling) Conference be continued from December 4, 2006 at 3:00 p.m. to February 20, 2007, at  2:00 p.m. before Judge Karlton in chambers/courtroom 4.


DATED: November 8, 2006

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

5647 / 102904.1

3

Case No. 06-CV-02041-LKK-EFB
REQUEST FOR 60-DAY CONTINUANCE OF STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com