GALTON & HELM LLP
DANIEL W. MAGUIRE, State Bar No. 120002
  dmaguire@galtonhelm.com
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037

Attorneys for Plaintiff Sun Life Assurance Company of Canada

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, a corporation,<br><br>            Plaintiff,<br><br>   vs.<br><br>CHRISTINE L. KIMBLE, an individual, DEBBIE J. DURBIN, an individual, TIM COOP, an individual, and DOES 1 through 5,<br><br>            Defendants. | CASE NO. 06-CV-02041-LKK-EFB<br><br>**STIPULATION AND ORDER RE AWARD OF ATTORNEY'S FEES AND COSTS AND DISCHARGE AND DISMISSAL OF SUN LIFE ASSURANCE COMPANY OF CANADA** |

        Plaintiff Sun Life Assurance Company of Canada ("Sun Life"), defendant Tim Coop ("Coop") and defendant Debbie J. Durbin ("Durbin"), hereby stipulate and agree as follows:

        1.    Sun Life is hereby and shall be discharged from liability to defendants Coop and Durbin, to the full extent permitted by law;

/ / /

/ / /

5647 / 104719.1

Case No. 06-CV-02041-LKK-EFB
STIP & ORDER RE AWARD OF ATTY'S FEES &
COSTS, DISCHARGE AND DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

2. The defendants shall be and by the order hereon are restrained from taking, proceeding with, or commencing any action against Sun Life for or on account of any transaction, matter, happening or thing in any way arising out of the rights and obligations of the parties with respect to Sun Life Group Term Life Insurance Policy Number 79740 ("Policy") and/or with respect to benefits due or claimed under said Policy, which have been deposited in an interest-bearing account with the Court.

3. The default of defendant Christine L. Kimble having been entered, said defendant has no legal right or claim to the proceeds of the Policy, and it is not necessary for said defendant to enter into this stipulation.

4. Sun Life shall be awarded the sum of $3,801.70 as reasonable attorney's fees and costs incurred in bringing its complaint in interpleader to be paid out of the proceeds deposited with Clerk of this Court. The parties agreed that the Clerk shall issue payment to Sun Life of the sum of $3,801.70 from such proceeds in care of its attorneys, Galton & Helm LLP.

5. Sun Life is dismissed with prejudice from this action.

6. This stipulation may be executed in counterparts.

IT IS SO STIPULATED.

DATED: 12/27/06        /s/ Lee Pliscou
                      Lee Pliscou
                      Attorney for Defendant Tim Coop

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

PDF created with pdfFactory trial version www.pdffactory.com

DATED: 12-27-06                    /s/ Debbie J. Durbin
                                   Defendant Debbie J. Durbin
                                   6621 S. Utica Place
                                   Tulsa, OK  7413


DATED: 1/9/07                      GALTON & HELM LLP
                                   DANIEL W. MAGUIRE


                                   By: /s/ Daniel W. Maguire
                                       DANIEL W. MAGUIRE
                                   Attorneys for Plaintiff Sun Life Assurance
                                   Company of Canada


# O R D E R

The parties having stipulated and good cause appearing therefor,

IT IS ORDERED THAT Sun Life be dismissed with prejudice, discharged and released with accordance with the terms of the above stipulation.

IT IS FURTHER ORDERED THAT the Court shall issue payment out of the interpleaded funds in the sum of $3,801.70 to Sun Life.  The check shall be made payable to "Sun Life Assurance Company of Canada" and mailed to its attorneys: Daniel W. Maguire, Galton & Helm LLP, 500 South Grand Avenue, Suite 1200, Los Angeles, California 90071-2624 within fifteen (15) days of the date of this order.

DATED: January 12, 2007

                                   /s/ Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com