UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SUN LIFE ASSURANCE COMPANY
OF CANADA, a corporation,

        Plaintiff,

    v.

CHRISTINE L. KIMBLE, an individual, DEBBIE J. DURBIN, an individual, TIM COOP, an individual, and DOES 1 through 5,

        Defendants.

_____/

NO. CIV. S-06-2041 LKK/EFB

O R D E R

    On January 12, 2007 the court signed a stipulation and order in the above captioned case. According to the stipulation, plaintiff was "dismissed with prejudice" from the pending suit. The stipulation was signed by plaintiff and two of the three named defendants. Defendant Kimble did not sign the stipulation. Given that plaintiff is no longer a party to the case, and that there are no other plaintiffs named in the case, the court takes this stipulation to mean that the case has been disposed of and may be

1 closed.  Unless the parties inform the court otherwise, this case
2 shall be closed within 20 days from the date of this order.
3        IT IS SO ORDERED.
4        DATED: January 16, 2007.

                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

2