UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SUN LIFE ASSURANCE COMPANY
OF CANADA, a corporation,

        Plaintiff,

   v.

CHRISTINE L. KIMBLE, an individual, DEBBIE J. DURBIN, an individual, TIM COOP, an individual, and DOES 1 through 5,

        Defendants.

_____/

NO. CIV. S-06-2041 LKK/EFB

O R D E R

On January 12, 2007 the court issued an order and stipulation that plaintiff Sun Life be dismissed with prejudice, discharged and released in accordance with the terms of the stipulation. The court, unclear of the status of the case, also ordered that the parties inform the court as to whether the case should be closed.

On January 26, 2007 the court received a document entitled, "Request to Adjudicate Adverse Claims of Coop and Durbin." The document was filed by defendant Tim Coop. Mr. Coop represents to

the court that, notwithstanding the dismissal of plaintiff Sun Life, the case should remain open.  Accordingly, the court orders as follows:

    1.    The above captioned case shall remain OPEN.

    2.    The status conference currently set for February 20, 2007 is CONTINUED to February 26, 2007 at 3:00 p.m.

IT IS SO ORDERED.

DATED: February 5, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT