IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUN LIFE ASSURANCE
COMPANY OF CANADA,

      Plaintiff,　　　　　　　　　　No. CIV S-06-2041 EFB

  v.

CHRISTINE KIMBLE, et al.,　　　　　　　　ORDER

      Defendants.
_____/

On November 6, 2007, this court granted defendant Tim Coop's motion for judgment on the pleadings and motion for default judgment against defendant Christine L. Kimble, in this interpleader action. The court determined that defendant Coop was the named beneficiary under a group life insurance policy, and therefore entitled to the proceeds thereunder, despite the competing claims of the insured's ex-wife. *See* November 6, 2007, Order.

Defendant Coop now moves for an order releasing the interplead funds. Good cause appearing, the court hereby orders the Clerk to disburse the interplead funds, in the amount of $20,729.26, plus interest, if any, to defendant Tim Coop, in the form of a check made payable to "California Rural Legal Assistance Client Trust Account." *See* L.R. 67-150(g).

////

////

1

1  That check shall be mailed to defendant's counsel, Lee Pliscou, CRLA, 511 D Street,

2  Marysville, CA 95901, within fifteen days from the date of this order.

3      SO ORDERED.

4  DATED: January 30, 2008.

                                      EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE